UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMARA L. THOMPSON,

        Plaintiff,                      Case no. 08-12444
                                            Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

      The Court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(b)(3), has reviewed Magistrate Judge Binder's report and recommendation as well as any objections filed by the parties, and upon review;

      **IT IS HEREBY ORDERED** that the report and recommendation is **ADOPTED** as the findings and conclusions of this Court.

      IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is DENIED, defendant's motion for summary judgment is GRANTED, and the findings of the Commissioner are hereby AFFIRMED.

                                                           s/John Corbett O'Meara
                                                           United States District Judge

Date: January 30, 2009

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date January 30, 2009, by electronic and/or ordinary mail.

                                                    s/William Barkholz

                                                   Case Manager